IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FERNANDO DAVID MARTINEZ,**
    **Plaintiff,**

vs.                                                           CIV No. 21-1086 KRS

**Kilolo Kijakazi, Acting Commissioner,**
**Social Security Administration,**

    **Defendant.**

## ORDER TO SEAL ADMINISTRATIVE RECORD

THIS MATTER having come before the Court upon Defendant's Unopposed Motion to Seal Administrative Record (Doc. 9), it being stated that Plaintiff concurs in the granting of the motion, the Court having read the motion and being fully advised in the premises finds that there is good cause for granting the motion.

IT IS HEREBY ORDERED that the administrative record lodged by Defendant in the above-referenced case shall be permanently sealed. Access to the administrative record shall be limited to the Court and the case participants only.

                                                                             _____
                                                                             KEVIN R. SWEAZEA
                                                                             United States Magistrate Judge

SUBMITTED AND APPROVED BY:

*Electronically submitted January 7, 2022*
MANUEL LUCERO
Assistant United States Attorney
Attorney for Defendant

*Electronically approved January 7, 2022*
LAURA JOELLEN JOHNSON
Attorney for Plaintiff