IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

**FERNANDO DAVID MARTINEZ,**

    **Plaintiff,**

**vs.**                                                                          **CIV No. 21-1086 KRS**

**Kilolo Kijakazi, Acting Commissioner,**
**Social Security Administration,**

    **Defendant**.

## ORDER SETTING BRIEFING SCHEDULE

THIS MATTER comes before the Court *sua sponte*, following a review of the record. IT IS HEREBY ORDERED that:

On or before **March 11, 2022**, Plaintiff shall file and serve a Motion to Reverse or Remand Agency Decision with Supporting Memorandum;

On or before **May 11, 2022**, Defendant shall file and serve a Response; and

On or before **May 24, 2022**, Plaintiff may file and serve a Reply.

IT IS FURTHER ORDERED that all motions, responses, replies, and supporting memoranda shall specifically cite to the administrative record for assertions of fact (*e.g.*, AR 15) and that legal propositions shall be supported by appropriate authority.

IT IS FURTHER ORDERED that all requests for extensions of time altering the deadlines set in this Order shall be made through a motion to the Court.  If the parties concur in seeking an extension of time, they shall submit a stipulated proposed order for Court approval.

                                                                  _____
                                                                  KEVIN R. SWEAZEA
                                                                  UNITED STATES MAGISTRATE JUDGE